**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GEORGE RIVERA,

                         Plaintiff,

    -against-                                         21 **CIVIL** 1324 (NSR)

## **JUDGMENT**

GREATER HUDSON VALLERY HEALTH SYSTEM (NOW KNOWN AS GARNET HEALTH) ('GHVHS"), ORANGER REGIONAL MEDICAL CENTER ("ORMC"), TRISH MANNA, in her corporate capacity as GHVHS Director of Compliance, Audit & HIPAA Privacy and in her individual capacity, STEPHEN SUGRUE, in his corporate capacity as then GHVHS VP of compliance, Audit & Real Estate and in his individual capacity, JOANNE STURANS, in her corporate capacity as GHVHS Chief Human Resources Officer and in her individual capacity, LAUREN CARBERRY, in her corporate capacity as ORMC's Director of Employee & Labor Relations and in her individual capacity, and GREGG HOUGH, in his corporate capacity as GHVHS-ORMC Director of Safety Security & Emergency Management and in his individual capacity,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 21, 2023, Defendants' summary judgment motion is GRANTED, and Plaintiff's claims are DISMISSED with prejudice as to all Defendants.

**Dated:** New York, New York

      March 21, 2023

                                                                    **RUBY J. KRAJICK**

                                                                         **Clerk of Court**

                            **BY:**     *K. Mango*

                                                                         **Deputy Clerk**